UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURA MACHT,<br><br>                    Plaintiff(s),<br>     v.<br><br>OVERLAKE MEDICAL CENTER &<br>CLINICS,<br><br>                    Defendant(s). | CASE NO. C26-1054-KKE<br><br>ORDER ON JOINT STIPULATION TO<br>EXTEND DEFENDANT'S TIME TO<br>RESPOND TO PLAINTIFF'S CLASS<br>ACTION COMPLAINT |

THIS MATTER came before this Court on Parties' Joint Stipulation to Extend Defendant's Time to Respond to Plaintiff's Class Action Complaint (the "Stipulated Motion"). Having reviewed the Stipulated Motion, being fully advised on the matter, and for good cause shown:

It is hereby ORDERED that the Stipulated Motion is GRANTED. It is FURTHER ORDERED that Defendant Overlake Medical Center & Clinics' deadline to file its anticipated motion to dismiss is May 3, 2026.

Dated this 13th day of April, 2026.

*Kymberly K Evanson*

Kymberly K. Evanson
United States District Judge

ORDER ON JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S
CLASS ACTION COMPLAINT - 1