THE HONORABLE KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAURA MACHT,

          Plaintiffs,

vs.

OVERLAKE MEDICAL CENTER &
CLINICS,

          Defendant.

CASE NO.:  2:26-cv-01054-KKE

**ORDER VACATING EARLY CASE DEADLINES AND STAYING DISCOVERY**

This matter came before the Court on the Defendant Overlake Medical Center & Clinics Unopposed Motion to Stay Case Pending Resolution of Defendant's Motion to Dismiss ("Motion to Stay"). Having considered the motion, and the Plaintiff's agreement thereto, the Court will exercise its discretion to stay all case deadlines and discovery pending this Court's resolution of Defendant's Motion to Dismiss. The current deadlines for the rule 26(f) conference, exchange of initial disclosures, and submission of the joint status report and discovery plan on May 5, 2026, May 19, 2026, and May 26, 2026, respectively, are vacated. If necessary, the Court will re-calendar the early case deadlines after ruling on the pending Motion to Dismiss.

ORDER VACATING EARLY CASE DEADLINES
AND STAYING DISCOVERY - 1
CASE NO.: 2:26-cv-01054-KKE

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

Dated this 5th day of May, 2026

Kymberly K. Evanson
United States District Judge

Presented by:

**BAKER & HOSTETLER LLP**

*s/ Alexander Vitruk*
Alexander Vitruk, WSBA #57337
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Tel: (206) 332-1380
avitruk@bakerlaw.com

Joel Griswold, *pro hac vice*
Bonnie Keane DelGobbo, *pro hac vice*
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL  60606-2859
Tel: (312) 416-6200
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com

*Attorneys for Defendants Overlake Medical Center & Clinics*

ORDER VACATING EARLY CASE DEADLINES
AND STAYING DISCOVERY - 2
CASE NO.: 2:26-cv-01054-KKE

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380