THE HONORABLE KYMBERLY K. EVANSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAURA MACHT,

        Plaintiffs,

vs.

OVERLAKE MEDICAL CENTER &
CLINICS,

        Defendant.

CASE NO.:  2:26-cv-01054-KKE

**ORDER GRANTING PARTIES' JOINT STIPULATED MOTION TO EXTEND SCHEDULE FOR MOTION TO DISMISS BRIEFING**

This matter came before the Court on the Parties' Joint Stipulated Motion to Extend Reply Deadline in Motion to Dismiss Briefing ("Stipulated Motion"). Having considered the parties' submission, the Court GRANTS the Stipulated Motion.

It is hereby ORDERED that the Stipulated Motion is GRANTED. It is FURTHER ORDERED that Plaintiff's response to Defendant Overlake Medical Center & Clinics' Motion to Dismiss is due May 29, 2026, and the deadline for Defendant to file its Reply in support of the Motion to Dismiss is extended to June 15, 2026.

ORDER GRANTING PARTIES' JOINT STIPULATED
MOTION TO EXTEND REPLY DEADLINE IN
MOTION TO DISMISS BRIEFING - 1
CASE NO.: 2:26-cv-01054-KKE

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380

Dated this 12th day of May, 2026

Kymberly K. Evanson
United States District Judge

Presented by:

**BAKER & HOSTETLER LLP**

*s/Alexander Vitruk*
Alexander Vitruk, WSBA #57337
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
Tel: (206) 332-1380
avitruk@bakerlaw.com

Joel Griswold, *pro hac vice*
Bonnie Keane DelGobbo, *pro hac vice*
**BAKER & HOSTETLER LLP**
One North Wacker Drive, Suite 3700
Chicago, IL  60606-2859
Tel: (312) 416-6200
jcgriswold@bakerlaw.com
bdelgobbo@bakerlaw.com

*Attorneys for Defendants Overlake Medical Center & Clinics*

ORDER GRANTING PARTIES' JOINT STIPULATED
MOTION TO EXTEND REPLY DEADLINE IN
MOTION TO DISMISS BRIEFING - 2
CASE NO.: 2:26-cv-01054-KKE

BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, WA  98104-4076
Telephone:  (206) 332-1380